**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: __________** |
| **v.** | : | **DATE FILED: __________** |
| **ANTHONY GREENE**<br>**a/k/a "Maino"**<br>**a/k/a "Von"** | : | **VIOLATIONS:**<br>**18 U.S.C. § 2251(a) (manufacture of child pornography - 2 counts)**<br>**18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor, and attempt to entice a minor, to engage in sexual conduct – 2 counts)**<br>**18 U.S.C. § 2252(a)(2) (receipt of child pornography – 2 counts)**<br>**18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count)**<br>**18 U.S.C. § 922(g) (possession of a firearm by a felon – 1 count)**<br>**18 U.S.C. § 2(b) (willfully causing)**<br>**Notices of forfeiture** |

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 1, 2025, in Bensalem, in the Eastern District of Pennsylvania, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

employed, used, persuaded, induced, enticed and coerced Minor 1, a child who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was

produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a), (e).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about April 30, 2025, through or about May 1, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor 2, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18 United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 30, 2025, through on or about May 1, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

employed, used, persuaded, induced, enticed and coerced Minor 2, a child who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor 2 to photograph herself engaged in sexually explicit conduct and transmit the images via the Internet, and defendant GREENE knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 28, 2025, in the Eastern District of Pennsylvania, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 9, 2025, in the Eastern District of Pennsylvania, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor 5, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing and attempted manufacturing of child pornography, in violation of Title 18 United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 4, 2025, in the City of Chester, Delaware County, in the Eastern District of Pennsylvania, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

knowingly possessed matter, that is, an Apple iPhone 12 smart phone, bearing international mobile equipment identity (IMEI) numbers 353834928360036 and 353834928704266, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. The production of these visual depictions involved the use of minors engaged in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

**COUNT EIGHT**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 4, 2025, in the City of Chester, Delaware County, in the Eastern District of Pennsylvania, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus model, 9mm semi-automatic pistol, bearing serial number TLU36691, loaded with six rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE 1**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2251(a), 2252, and 2422(b), as set forth in this indictment, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to: One iPhone 12 cellular telephone with IMEI numbers 353834928360036 and 353834928704266.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

## NOTICE OF FORFEITURE 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**ANTHONY GREENE,**
**a/k/a "Maino,"**
**a/k/a "Von,"**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a Taurus model G2, 9mm semi-automatic pistol, with serial number TLU36691; and
2. six live rounds of 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

[redacted]

Christine E Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*

**UNITED STATES DISTRICT COURT**

***Eastern District of Pennsylvania***

***Criminal Division***

THE UNITED STATES OF AMERICA

vs.

ANTHONY GREENE
a/k/a "Maino"
a/k/a "Von"

INDICTMENT

Counts
18 U.S.C. § 2251(a) (manufacture of child pornography – 2 counts)
18 U.S.C. § 2422(b)
(use of an interstate commerce facility to entice a minor, and attempt to entice a minor, to engage in sexual conduct – 2 counts)
18 U.S.C. § 2522(a)(2) (receipt of child pornography – 2 counts)
18 U.S.C. § 2522(a)(4)(B) (possession of child pornography – 1 count)
18 U.S.C. § 922(g) (possession of a firearm by a felon – 1 count)
18 U.S.C. § 2(b) (aiding and abetting)
Notices of Forfeiture

[redacted]

*Clerk*

*Bail, $*__________

______________________________